IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Painting Industry of Hawaii Health and Welfare Fund, et al., | ) ) ) | CV 05-00217JMS-BMK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| BJ's Brothers Painting, Inc., et al., | ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 1, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 17, 2006.

J. Michael Seabright
United States District Judge

cc: all parties of record